Megan Dailey Bar No. 221574
Law Office of Megan Dailey
1300 Clay Street Suite #600
Oakland, CA 94612
Telephone:  (510) 622-7744
Facsimile:  (510) 622-7745

Attorney for Richard Zevallos,
Sulma Yudi Zevallos



FILED

NOV 1 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
### Northern District of California

Richard Zevallos, an individual, Sulma
Yudi Zevallos, an individual

    Plaintiffs,

    v.

Citibank (South Dakota), N.A., Citicorp
Credit Services, Inc. (USA), Sears
Gold MasterCard,

Does 1 – 50,

Defendants.

Case No **C09-05334**

COMPLAINT FOR:

VIOLATION of FAIR CREDIT BILLING
ACT 15 U.S.C. § 1666; 15 U.S.C.
§ 1666(a); VIOLATION OF SECTION
17200 OF THE CALIFORNIA BUSINESS
AND PROFESSIONS CODE

Date Filed:
Trial Date: None set

        Plaintiffs Richard Zevallos, an individual, and Sulma Yudi Zevallos, an individual, (hereafter "Plaintiffs") hereby alleges as follows:


                    **JURISDICTION**

        1.    This is an action for damages for violation of the provisions of the Fair Credit Billing Act, 15 U.S.C. § 1666 et seq. and Section 17200 of the California Business and Professions Code.  The jurisdiction of this court is invoked under 28 U.S.C. § 1331, 1337, 1367.

**PARTIES**

2.    Plaintiff Richard Zevallos is an individual residing in Berkeley, California.

3.    Plaintiff Sulma Yudi Zevallos is an individual residing in Berkeley, California.

4.    Defendant Citibank (South Dakota), N.A., is a National Bank with corporate offices located in South Dakota.  Sears Gold Mastercard is an operating subsidiary and/or a registered trademark of Citibank (South Dakota), N.A.  with their principal place of business unknown.  Defendant Citicorp Credit Services, Inc. (USA) is a Delaware Corporation registered to do business in California as corporation number C2564617 in the files of the Secretary of State of California and a loan servicing company for Defendants Citibank (South Dakota), N.A. and Sears Gold MasterCard.  All Defendants regularly conduct business, and at all times relevant hereto regularly conducted business, in the Northern District of California.

5.    Plaintiffs are unaware of the true names, identities or capacities of Defendants DOES 1 through 50, or any of them, and for this reason said Defendants are sued herein by such fictitious names.  When Plaintiffs ascertain the true names, identities and capacities, whether corporate, individual, associate or otherwise, of Defendants DOES 1 through 50, or any of them, Plaintiffs will amend this complaint to allege the same.  Plaintiffs are informed and believe and thereon allege that at all times relevant to the facts alleged herein, each such fictitiously named defendant was responsible in some manner for the acts, occurrences, happenings and/or omissions hereinafter alleged.

**CLAIM FOR RELIEF**

6.    Plaintiffs are "consumers" within the meaning of 15 U.S.C. § 1602(h).

7. Defendants are "creditors" within the meaning of 15 U.S.C. §
1602(f)(2).

## FIRST CAUSE OF ACTION

Violation of 15 U.S.C. § 1666

(Against All Defendants)

8. Plaintiffs re-allege and reincorporate each and every allegation
contained in all previous paragraphs of all previous sections and Causes of
Action this Complaint, inclusive, as though fully set forth herein.

9. On or about November 13, 2008, Mr. Zevallos registered with Ritchie
Bros. Auctioneers (America) Inc. (a Washington Corporation registered to do
business in California as Corporation No. C2059526 in the files of the Secretary
of State for California) (hereafter "RBAA") for an on-line auction occurring over
a two-day period beginning on November 13, 2008 and continuing until November 14,
2008. The registration required plaintiff to provide a credit card for a $15,000
authorization (hereafter "bid deposit"). Plaintiff provided two credit cards and
allowed RBAA to obtain authorizations for charges of $10,000 and $5,000 against
his accounts.

10. During the auction plaintiff accidentally placed a bid on Lot 1190 –
2000 Freightliner FLD12064ST TRI/A Dump Truck, Serial No. 1FUYDSEB1YPB82514
(hereafter "Dump Truck") in the amount of $25,000 by unintentionally clicking a
computer mouse and selecting the $25,000 bid-box. (A copy of the auction listing
for this item is attached hereto as Exhibit A.) Plaintiff immediately contacted
RBAA and informed them of this error by telephone prior to the conclusion of the
auction by speaking with three employees and/or agents of RBAA, including one
person who represented himself to be a supervisor and another who represented
himself to be the Regional Manager, Nick Nicholson. Mr. Nicholson verbally
agreed to reverse the authorizations in this phone conversation and to provide a

cancellation number(s) and also stated he would suspend plaintiff's auction account.  On November 18, 2008, four days later, Plaintiff was notified by his credit card companies that RBAA had converted the authorizations totaling $15,000 against his credit card accounts to charges.  That day, plaintiff e-mailed Mr. Nicholson re-iterating his complaint regarding the charges, but he received no response.  His account was suspended by RBAA.

11.   The $5,000 charge was reversed by plaintiff's Wells Fargo credit card company, but the $10,000 charge was never reversed by Defendants.

12.   RBAA never delivered the Dump Truck to plaintiff.  RBAA resold the item at a later auction.

13.   On December 2, 2008, plaintiff wrote to Citibank (South Dakota), N.A. dba Sears Gold MasterCard and disputed the $10,000 charge and provided the full details of the dispute by first-class mail, return receipt requested.  A copy of this correspondence is hereto attached as Exhibit B.

14.   On December 13, 2008, Citibank (South Dakota), N.A. dba Sears Gold MasterCard responded and requested additional information from plaintiff pursuant to the correspondence attached hereto as Exhibit C.

15.   On January 23, 2009, Citibank (South Dakota), N.A. dba Sears Gold MasterCard resolved the matter by allowing the $10,000 charge to stand and closed their investigation pursuant to the correspondence attached hereto as Exhibit D.

16.   On February 21, 2009, plaintiff wrote Citibank (South Dakota), N.A. dba Sears Gold MasterCard by facsimile and certified mail again providing additional details regarding the dispute pursuant to correspondence attached hereto as Exhibit E.

17.   On April 29, 2009, plaintiff wrote Citibank (South Dakota), N.A. dba Sears Gold MasterCard by certified mail, return receipt requested, again disputing the $10,000 charge and requesting relief pursuant to the correspondence attached hereto as Exhibit F.

18.   On May 13, 2009, Citibank (South Dakota), N.A. dba Sears Gold MasterCard rejected plaintiff's dispute as untimely, pursuant to the correspondence attached hereto as Exhibit G.

19.   Defendants failed to stop collection procedures and/or reverse the charge despite this billing dispute, as evidenced by the collection correspondence attached hereto as Exhibit H.

20.   Defendants have caused derogatory credit reports to be filed against Plaintiffs with credit reporting companies.

21.   Defendants did not send a written correction or clarification to Plaintiffs substantiating the account of Defendants for the $10,000 charge in question.

22.   Defendants also failed to determine that the Dump Truck was actually delivered to Plaintiffs.

23.   And Defendants failed to send a statement to Plaintiffs of any such determination that the Dump Truck was actually delivered to Plaintiffs.

### SECOND CAUSE OF ACTION

Violation of 15 U.S.C. § 1666(a)

(Against All Defendants)

24.   Plaintiffs re-allege and reincorporate each and every allegation contained in all previous paragraphs of all previous sections and Causes of Action of this Complaint, inclusive, as though fully set forth herein.

25.   Defendants have reported Plaintiffs' Sears Gold MasterCard account standing as delinquent to credit reporting companies without sending a written correction or clarification to Plaintiffs substantiating the account of Defendants, determining that the Dump Truck was actually delivered to Plaintiffs,

1   and sending a statement to Plaintiffs of any such determination that the Dump

2   Truck was actually delivered to Plaintiffs.

3       26.   Defendants have reported Plaintiffs' Sears Gold MasterCard account

4   standing as delinquent without also reporting that this account is in dispute.

**THIRD CAUSE OF ACTION**

UNFAIR BUSINESS PRACTICES

In Violation of Section 17200 et seq. of the California Business and Professions

Code

(Against All Defendants)

27.   Plaintiffs re-allege and reincorporate each and every allegation contained in all previous paragraphs of all previous sections and Causes of Action this Complaint, inclusive, as though fully set forth herein.

28.   On or about January 23, 2009 and continuing thereafter, Defendants, as a part of their business practices, violated the Fair Credit Billing Act (FCBA) 15 U.S.C. § 1666 et seq. as set forth above in the First and Second Causes of Action.

29.   Defendants have a business practice of shifting the burden to substantiate disputed credit card charges to the consumer, whereas the FCBA requires creditors to meet an affirmative duty of investigating disputed claims, making specific determinations where the delivery of goods is concerned, and serving written communication of such determinations on the consumer. The current business practice of Defendants is unlawful and violates Federal and California law as alleged herein. Further, Defendants, and each of them, knew that their business practices were unlawful.

30.   Pursuant to Sections 17200 et seq. of the California Business and Professions Code, unfair business practices include any unlawful, unfair or

fraudulent business practice.    The unlawful conduct of Defendants as alleged herein is an unlawful practice within the provisions of Sections 17200 et seq. of the California Business and Professions Code, and, accordingly, constitutes a violation of Sections 17200 et seq. of the California Business and Professions Code.

31.    As a direct and proximate result of the unfair business practices of Defendants as herein alleged, Plaintiffs have incurred damages in that Plaintiffs have lost available credit and lost opportunities to refinance a home mortgage and purchase real estate, suffered derogatory credit reports, emotional distress, incurred general damages in the amount of $10,000 plus interest, finance charges, and late payment penalties, plus attorneys fees and costs, all by reason of which Plaintiffs have been damaged in at least the sum in excess of the jurisdictional amount of this Court, plus attorneys fees and costs, and additional amounts according to proof at time of trial, including exemplary and punitive damages. Accordingly, plaintiff is entitled to restitution and damages in a sum of not less than $60,000 plus interest, attorneys' fees and costs, and a mandatory injunction requiring defendants to reverse derogatory consumer credit reports.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for judgment as follows on all claims for relief:

1.    For jury trial, general damages in the amount of $60,000, according to proof at time of trial;

2.    For exemplary and punitive damages;

3.    For interest in an amount according to proof at time of trial;

4.    For injunctive relief mandating Defendant to reverse negative consumer credit reports;

4.    For attorneys' fees and costs;

5.    For such other and further relief as this court may deem just and

proper.


DATED:      November 11, 2009

                                          Law Office of Megan Dailey



                                    By: _____

                                          Attorney for Plaintiffs
                                          Richard Zevallos,
                                          Sulma Yudi Zevallos

.e Bros. Auctioneers - Unreserved Equipment Auctions ... Page 1 of 1

Case3:09-cv-05334-CRB Document1 Filed11/12/09 Page9 of 26

## Full Views

### HOUSTON, TX
14218 I-10 EAST HWY, HOUSTON
Phone: 713.455.5200, Fax: 713.455.5270
Thursday, November 13, 2008 To Friday, November 14, 2008

Search Trucks - Dump (Tri/A) in all upcoming auctions
Search all equipment in HOUSTON, TX auction

**Lot #1190**

2000 - FREIGHTLINER FLD12064ST TRI/A DUMP TRUCK

**Serial number:** 1FUYDSEB1YPB82514

**Comes with:** Detroit Series 60 470 hp, eng brake, 10 spd, dbl frame, air lift 3rd, 234 in. WB, 16 ft box

2    Next

Prev



1


2


3


4


5


ABOUT RITCHIE BROS. | CONTACT US | PRIVACY STATEMENT | SITE MAP | HOME

Disclaimer / Proprietary Rights - Copyright Ritchie Bros. Auctioneers Inc. © 1997- 2008 - All Rights Reserved.

Ex. A

12- 2- 08

From: Richard Zeralles.

To: Sears Gold Master card

Atintion Sears billing Dep.

5 pages Included this.

P/s. Callme, and letme know that.
You received this Documents.
Thank you Richard Zeralles.

CELL # 510 - 703 - 1622

Ex. B, 1

**Sears Gold MasterCard**

Sears Cardmember Services
P.O. Box 6286
Sioux Falls, SD 57117-6286

November 19, 2008

5498

RICHARD N ZEVALLOS
1614 HARMON ST
BERKELEY CA 94703-2622

Account Number:
5121-0717-7597-1298

Dear RICHARD N ZEVALLOS:

This letter is regarding your inquiry about the transaction dated 11/14/2008 in the amount of $10000.00 made at RITCHIE BROS. AUCTIONE with account number 5121071775971298.

Please assist us with this investigation for $10000.00 by promptly reviewing, completing, and returning the following information within 10 days of your receipt of this letter. If we do not receive your response, we will assume the charge is correct and rebill your account.

An important first step to resolving this matter is for you to attempt to contact the merchant. Then complete the following: *I did Intend To request service. but There was*

"I expected to receive service on 11/14/08 (date). This service was never received. I contacted the merchant on *over a purchase.* 11/13/08 (date) requesting a credit to my account. The results were (CHECK ONE): *Ys. see attached letter.*

___I received the attached credit slip." (Must include with reply.)
___I contacted the merchant on the above date and they stated they would credit my account for the service I did not receive."
___The merchant stated that they would not issue credit because

_____ 11/14/08 _____"

※ ✓I was unable to contact the merchant." Explain how you attempted to contact the merchant and why you were unsuccessful. *I made phone calls, send emails, letter To Richie Bros Au ners, but all I received was That Same one Will call you on friday 11/21/08  They never called me back. There was no solution to this*

In addition to indicating the appropriate statement above, please state the full details of your dispute including *situati* what service(s) you expected to receive from the merchant. *Disputing The Charges made To this Credit card. I never Intentionally purchased item or Lot#1190 . It was an accident*

Signature *Richard Zevallos* Date *12/01/08*

*Home tel. (510) 652-3808*
*cell (510) 703-1622*

*Pls. see letter
2 I've Send to the
Merchant; they neve
responded.*

0/LR/S44434/001/00/00/00/0000/00000000/F2008111900001654/5498

Manage your account online www.Searscard.com

Ex. B p. 2

**Sears** Gold MasterCard

A conditional credit has been issued to your account while we investigate this matter on your behalf. Please respond within the next 10 days to:

Sears Gold MasterCard
P.O. Box 6922
The Lakes, NV 88901

Sincerely,

Sears Cardmember Services
1-800-669-8488
 fAX #(702) 797-4813          ATTENTION To: Sears billing Dep.
This account is issued by Citibank (South Dakota), N.A.
FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE

Ex. B p. 3

Sears is a registered trademark of Sears Brands. LLC

Manage your account online www.searscard.com

*Signed Receipt*
*LETER. (certified*

~~~~~020~-0U95
~~~~~ 275-8777          06:30:37
12/12/2006

—————— Sales Receipt ——————

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| DES MOINES IA 50306 | | | $0.42 |
| Zone-7 First-Class | | | |
| Letter | | | |
| 0.80 oz | | | |
| xxx Retu  Rcpt | | | $1.0 |
| (El  onic) | | | |
| (Electronic) | | | |
| Certified | | | $2.70 |
| Label #.          7008183000194423518 | | | |
| | | | ======== |
| Issue PVI: | | | $4.12 |
| | | | |
| THE LAKES NV 83901 | | | $0.42 |
| Zone-4 First-Class | | | |
| Letter | | | |
| 0.80 oz. | | | |
| xxx Return Rcpt | | | $1.00 |
| (Electronic) | | | |
| Use label # 70081830000194423525 for | | | |
| inquiry on Return Receipt | | | |
| (Electronic). | | | |
| Certified | | | $2.70 |
| Label #.     70081830000194423525 | | | |
| | | | ======== |
| Issue PVi: | | | $4.12 |

Total:                                $8.24

Paid by:
Debit Card                           $28.24
~~~~~              YYXXXXXXXXXX8028

~~~~
Re. ~~~          004176
Debit Card ~. Chase          $8.24
Cash Back                    $20.00

xxx IMPOR ANT: For Return Receipt
Electr nic), wait one day, go to
www  ps.com; select Track & Confirm;
ent   label number(s);  elect 'Request
Re urn Receipt (Electr nic)'; enter your
Name and email addres . Please make your
request within 60 days.

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000701906108
Clerk: 43

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for  r  usiness

PICK
RECYCLIN       ENVELOPE
 se an envelope        bute your inkjet
 tridge, cell phone     r small electronics
       free of          urge!

HELP US SER

*Ev. Bp. 4*



**UNITED STATES POSTAL SERVICE**®

Track & Confirm       FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7008 1830 0001 9442 3525
Status: Acceptance

Your item was accepted at 6:28 pm on December 02, 2008 in OAKLAND, CA 94615. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

**Restore Offline Details >** · (?)   **Return to USPS.com Home >**

Track & Confirm

Enter Label/Receipt Number.

**Go >**

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

Ex. B p. 5

**Sears** Gold MasterCard

Sears Cardmember Services
P.O. Box 6286
Sioux Falls, SD 57117-6286

December 13, 2008

5020

RICHARD N ZEVALLOS
1614 HARMON ST
BERKELEY CA 94703-2622

Account Number:
5121-0717-7597-1298

*[handwritten annotations throughout]*

Dear RICHARD N ZEVALLOS:

We've received your inquiry concerning the disputed charge of $10000.00 from RITCHIE BROS. AUCTIONE on your account.

So that we can continue to assist you, please provide the following additional information:

- The date cancelled and cancellation number
- Explanation of the merchant's cancellation policy
- Details or explanation of dispute along with any supporting documentation if available

Please send the requested information within the next 10 days to:

Sears Gold MasterCard
P.O. Box 6922
The Lakes, NV 88901

If we do not receive your response, we will consider this matter resolved and close our investigation.

If you have additional questions about your account, our Cardmember Service Representatives are available to assist you at the number below, 24 hours a day, seven days a week.

We appreciate your business and thank you for being a Sears Gold MasterCard Cardmember.

Sincerely,

Sears Cardmember Services
1-800-669-8488

This account is issued by Citibank (South Dakota), N.A.
FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE



; a registered trademark of Sears Brands, LLC

**Manage your account online w.**

Ex. C

 **Gold MasterCard**

Sears Cardmember Services
P.O. Box 6286
Sioux Falls, SD 57117-6286

January 23, 2009

6750

RICHARD N ZEVALLOS
1614 HARMON ST
BERKELEY CA 94703-2622

Account Number:
XXXX-XXXX-XXXX-1298

Dear RICHARD N ZEVALLOS:

We've received your inquiry concerning the disputed charge of $10000.00 from RITCHIE BROS. AUCTIONE on your account.

We recently requested that you provide additional information or documentation to allow us to begin an investigation. Because we have not received the requested information, we now consider this matter resolved and have removed the previously issued conditional credit from your account. This adjustment will appear on your statement within two billing periods.

It is important to note that your account may be reported as delinquent to the consumer reporting agencies listed below if we do not receive payment on this charge by your remittance of at least the minimum amount due by the payment due date shown on your billing statement.

| Experian | Equifax Credit Information Service | Trans Union LLC, Consumer Relations Center |
|---|---|---|
| P.O. Box 2002 | P.O. Box 740241 | P.O. Box 1000 |
| Allen, TX 75013-0036 | Atlanta, GA 30374-0241 | Chester, PA 19022 |
| 1-888-EXPERIAN (1-888-397-3742) | 1-800-685-1111 | 1-800-888-4213 |

If you have additional questions about your account, our Cardmember Service Representatives are available to assist you at the number below, 24 hours a day, seven days a week.

We appreciate your business and thank you for being a Sears Gold MasterCard Cardmember.

Sincerely,

Sears Cardmember Services
1-800-669-8488

This account is issued by Citibank (South Dakota), N.A.
FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE

LR/S44454/001/00/00/00/0000/00000000/F2009012300001110/6750

Ex. D



*Fax ser Disputes*
*Billing Po Box 6282*
*Sioux Fall SD. 57117*
*Fax (605)-357.2021*

Sears MasterCard Billing Dispute Dept.
PO Box 6282
Sioux Falls, SD   57117

February 21, 2009

Dear Billing Dispute Manager:

I am writing to dispute a charge on my Sears Gold MasterCard account.  On November 14, 2008 I was attempting to view trucks from Ritchie Brothers Auctioneers in an on-line auction.  This was my first time at their site and I was unfamiliar with the process.  Several factors contributed to accidentally buying a truck. These included working with someone from the company to figure out the technology of how to connect with their bidding system, the reception was breaking in and out and at one point my coffee cup accidentally hit the mouse and I was told that I had purchased a truck.  I immediately called the auctioneer and talked to Alan Micbiker (not sure spelling), the supervisor that day, and told him of the accidental bid and not to charge my credit card.  He said to call Nick Nicolson, the Regional Manager.  I then called Mr. Nicolson, and explained what happened and asked that he reverse charges on my credit card.  He said he would reverse the charges but would suspend my account indefinitely and he would call back by Friday with a cancellation number, which he failed to do.  I sent him an email on November 18, 2008, but he never responded (a copy is enclosed).  He did suspend my account and so I have no access to communicate with the company.

My request of is to please reverse the charges to my Sears Gold MasterCard account.  I sent a fax on December 2, 2008 and sent certified letter, number 7008 1830 0001 9442 3525 on the same date.  I received a letter that you received this letter on December 13, 2008.  I am not a native English speaker and I did not fully understand the letter requesting information and I am late in getting back to you, I apologize.  A friend is helping me with the translation of this letter.

To answer your request on the letter:
1. I cancelled verbally on November 14, 2008, on November 18,  2008 I sent the email cancelling but I never received a cancellation number.
2. At this moment I do not have a copy of the merchant's cancellation policy
3. The details of this letter and the copies of the supporting documents are enclosed in

Ex. E  p. 1

this letter as you requested.

Please let me know if there is anything else I need to provide for you.  At this point the dispute is not settled and I do not have a truck from Ritchie Bros Auctioneers, only a charge on my credit card.  I would appreciate it if you could reverse the charges as soon as possible.

Sincerely,


Richard Zevallos
1614 Harmon Street
Berkeley, CA 94703

Ex. E p. 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sears Gold Master Card.
P.O. Box 6282
Sioux Falls SD 57117-6282

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

FEB 23 2009

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. _____

PS ...

102595-02-M-1540

Ex. E p.3

Richard N. Zevallos
c/o Legal Experts
3230 Fruitvale Avenue
Oakland, CA 94602

April 29, 2009

Sears MasterCard Billing Dispute Dept.
PO Box 6282
Sioux Falls, SD 57117

To Whom It May Concern:

My name is Richard N. Zevallos and I am writing to you concerning a serious matter
regarding my credit card account with your company. I will briefly summarize my
current dispute.

On November 14, 2008 I placed a $15,000 deposit to access the auction online. Several
factors contributed to my accidently purchasing a truck online from Ritchie Brothers
Auctioneers. I spoke with the manager of Ritchie Brothers Actioneers, Mr. Allen and he
did not want to give me a refund on the $15,000 deposit I charged on two credit cards to
access their online service. On November 18, 2008 I sent a letter to Mr. Nick Nicolsan
which is enclosed. Mr. Nicolsan informed me by phone he would suspend my
membership and reverse the charges. He suspended my membership and did not talk to
me anymore, but he did not reverse the charges. I do not have access to communicate
with online, I have attached a copy of that letter. I disputed the $5,000 charge with Wells
Fargo and they promptly removed the charges after their investigation. I am attaching the
letter from Wells Fargo dated February 17, 2009 confirming this. On the same day of
December 2, 2008, I sent a letter to Wells Fargo and also to your company disputing the
$10,000 charged on the Sears Gold Mastercard. I am attaching my receipt and Certified
Return Receipts from the US Post office confirming this. However, your company
claims you did not receive it even though I have a letter from your office saying you did.
I have sent you letters more than once and your office has claimed by telephone that you
did not receive them. I am sending copies of these letters, your responses and the
tracking numbers from the US Post Office Certified Letters.

$Ex. F_p.1$

Page 2 of 2
April 29, 2009

I am a very busy man as the father of 3 children and a US Citizen, however, English is
my second language. For these reasons, I have enlisted the help of my associate and now
I am receiving legal assistance with this matter. It is confusing and difficult for me to
understand how Wells Fargo was able to resolve this issue but at the same time all you
have done is ask me to send information to three different offices.
As per the request of your agent, George, ID# VCI0515, I am sending this letter to you
respectfully requesting that you continue your investigation and assist me in getting my
money back and reversed the charges from Ritchie Brothers Auctioneers immediately.  I
am going to send carbon copies of this letter to each of the three offices that you asked
me to send information to.  I am asking that you contact me at the above address or by
calling me at (510) 652-3808 or (510) 703-1622.  If you cannot do this I will be forced to
pursue other legal options.

Sincerely,

Richard N. Zevallos
Enclosures

Cc:

Sears Cardmember Services
PO Box 6286
Sioux Falls, SD 57117-6286

Sears Gold MasterCard
PO Box 6922
The Lakes, NV 88901

$E_x . F \rho . 2$



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.96 0020 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.86 04/29/2009 |

Sent To Sears Gold Master Card
Street, Apt. No.; or PO Box No. Po Box 6922
City, State, ZIP+4 The Lakes, NV. 88901

PS Form 3800, August 2006          See Reverse for Instructions

7009 0080 0000 3197 4503

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.96 0020 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.86 04/29/2009 |

Sent To Sears Master Card Billing Dispute Dep.
Street, Apt. No.; or PO Box No. P.O. Box 6282
City, State, ZIP+4 Sioux Falls SD. 57117

PS Form 3800, August 2006          See Reverse for Instructions

7009 0080 0000 3197 4510

---

```
          OAKLAND MPO
       OAKLAND, California
          946159719
       0555110020 -0097
04/29/2009    (800)275-8777      06:26:47 PM

─────────────────────────────────
              Sales Receipt
Product          Sale  Unit        Final
Description       Qty  Price        Price

SIOUX FALLS SD 57117                $0.76
Zone-6 First-Class
Letter
2.60 oz.
Nonmach First-Class                 $0.20
Return Rcpt (Green Card)            $2.20
Certified                           $2.70
Label #:     70090080000231974510
                                  ========
  Issue PVI:                         $5.86

THE LAKES NV 88901                  $0.76
Zone-4 First-Class
Letter
2.40 oz.
Nonmach First-Class                 $0.20
Return Rcpt (Green Card)            $2.20
Certified                           $2.70
Label #:     70090080000231974503
                                  ========
  Issue PVI:                         $5.86

                                 ─────────
Total:                              $11.72

Paid by:
Visa                                $11.72
  Account #:        XXXXXXXXXXXX1404
  Approval #:       343420
  Transaction #:    970
  23 903350635

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000301899356
Clerk: 13

   All sales final on stamps and postage
   Refunds for guaranteed services only
         Thank you for your business
*******************************************
*******************************************
            PICK UP A FREE
          RECYCLING ENVELOPE
   Take an envelope to recycle your inkjet
  cartridge, cell phone or small electronics
             free of charge!
*******************************************
*******************************************

*******************************************
*******************************************
        HELP US SERVE YOU BETTER

   Go to: http://gx.gallup.com/pos

   TELL US ABOUT YOUR RECENT
         POSTAL EXPERIENCE

       YOUR OPINION COUNTS
*******************************************
*******************************************
```

Ex. F p.3

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**SENDER:** *COMPLETE THIS SECTION*

**COMPLETE THIS SECTION ON DELIVERY**

- Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

| A. Signature | |
| --- | --- |
| X                    JIM DONELAN | ☐ Agent ☐ Addressee |

| B. Received by ( *Printed Name* ) | C. Date of Delivery |
| --- | --- |

1. Article Addressed to:

*Sears Mastercard Card*
*Billing Dispute Dep.*
*PO Box. 6282*
*Sioux Falls 5D.*
*57117*

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

MAY 0 4 2009

3. Service Type
☒ Certified Mail       ☐ Express Mail
☐ Registered           ☐ Return Receipt for Merchandise
☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*        ☐ Yes

2. Article Number
   *(Transfer from service label)*       7009 0080 0002 3197 4510

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

SOUTH LAKE TAHOE CA 95150

| | |
| --- | --- |
| Postage | $      $0.42 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $      $5.32 |

Sent To *Superior Courts Lake Tah*

Street, Apt. No.; or PO Box No. *1354 Johnson Blv. Ste*

City, State, ZIP+4

7007 0220 0002 2478 5169

PS Form 3800, August 2006         See Reverse for Instructions

Ex. F p. 4

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sears Gold Master Card
Po Box. 6922
The lakes NV. 88901

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                          ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

MAY 05 2009

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number
   (Transfer from service label)

7009 0080 0002 3197 4503

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

Ex. F p.5

**Sears**  Gold Master Card

Sears Cardmember Services
P.O. Box 6286
Sioux Falls, SD 57117-6286

May 13, 2009

3067

RICHARD N ZEVALLOS
1614 HARMON ST
BERKELEY CA 94703-2622

Account Number:
XXXX-XXXX-XXXX-1298

Dear RICHARD N ZEVALLOS:

We've received your inquiry concerning the disputed charge on your account from RITCHIE BROS. AUCTIONE for
$10000.00.

We're unable to recover the funds on this charge because you contacted us untimely.

If you have additional questions about your account, our Cardmember Service Representatives are available to
assist you at the number below, 24 hours a day, seven days a week.

We appreciate your business and thank you for being a Sears Gold MasterCard Cardmember.

Sincerely,

Sears Cardmember Services
1-800-669-8488

This account is issued by Citibank (South Dakota), N.A.
FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE

0/LR/S44447/001/00/00/00/0000/00000000/F2009051300000958/3067

Ex. G

CITI
PO BOX 6286
SIOUX FALLS, SD    57117



July 5th, 2009

||.|..|..||..||....||..|.|.||....|.|..|.||..||.|..|

RICHARD N ZEVALLOS                     Sears Gold MasterCard
1614 HARMON ST                         ACCOUNT NUMBER:
BERKELEY CA  94703-2622                5121071775971298

                                       BALANCE: $11,236.57
                                       MINIMUM DUE: $1,588.55

Dear RICHARD N ZEVALLOS:

Your Sears Gold MasterCard® account continues to be past due as of the date of this letter. Please send at least the Minimum Due payment of $1,588.55 today.

To make an immediate payment, simply call 1-800-733-1116 with your checkbook available for reference. It is a **fast, secure, and easy payment method** without the delays associated with mailing your payment. We will ask you to authorize the checking account number and check number that you would like to use for payment. It will take only minutes and it will save you postage, time and money! If you prefer, you can mail your payment to the address below.

     Citi Cards Payment Center
     P.O. Box 182149
     Columbus, OH 43218-2149

If you are mailing your payment, be sure to send it at least seven days before the due date on each statement. If you are unable to make your payment today or are experiencing financial difficulty, please call us toll free at the number shown below. We want to work with you to resolve this situation.

If your Minimum Due payment has already been sent, thank you.

Sincerely,

G. STEVENS
VICE PRESIDENT CITICORP CREDIT SERVICES, INC. (USA)
FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE

Toll Free Telephone Number: 1-800-733-1116
TDD Number: 1-800-926-5818 (Hearing Impaired Only)

Any representative can assist you.
**Office Hours (Central Time):**            **Send Correspondence to:**
                                             Card Service Center
Monday - Friday          8:00 a.m. to 8:00 p.m.   P. O. Box 6275,
Saturday - Sunday        8:00 a.m. to 4:00 p.m.   Sioux Falls, SD 57117

P.S. Be sure to send your payment or call us today, toll free.

Enclosure

Ex. H