Megan Dailey (Bar No. 221574)
Law Office of Megan Dailey
1300 Clay ST # 600
Oakland, CA 94612
Telephone: 510.622.7744
Facsimile: 510.622.7745

Attorney for Plaintiffs
Richard Zevallos
Sulma Yudi Zevallos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard and Sulma Zevallos,<br><br>Individual(s)<br><br>vs.<br><br>Citibank (South Dakota), N.A., Citicorp Credit Services, Inc. (USA), Sears Gold MasterCard, Does 1 – 50,<br><br>Defendant(s). | Case No. C09-05334 MEJ<br><br>E-FILING CASE<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST FOR CONTINUANCE AND [PROPOSED] ORDER<br><br>Date: February 18, 2010<br>Time: 10:00 AM<br>Ctrm: B, 15th Floor |

The Plaintiffs submit the following case management conference statement and proposed case management order for the Court's consideration:

1. <u>Basis for the Court's Jurisdiction.</u>

The Court has subject matter jurisdiction over this case under 28 U.S.C. § 1331, 1337, and 1367. This is a lawsuit under the Fair Credit Billing Act, 15 U.S.C. § 1666 et seq. and Section 17200 of the California Business and Professions Code. Service of process on Defendants has been delayed

due to press of business, delay of process server in South Dakota, and breakdown of communication with clients who travel, which is now rectified. The lawsuit against Citibank (South Dakota), N.A. and Citicorp Credit Services, Inc. (USA) has been sent out for service with local registered process servers. Defendant Sears Gold MasterCard is believed to possibly be a fictitious business name used by Citibank (South Dakota), N.A. and is not currently being served.

2. Description of the Case and Defenses.

a. Plaintiffs' Facts.

This Fair Credit Billing Act lawsuit involves the Defendant's policy of shifting the burden to investigate disputed charges onto the consumer when the statute clearly states the burden falls upon the lender to do so. Sears Gold MasterCard has also reported Plaintiffs' account as delinquent although it is a disputed account, also a violation of the Fair Credit Billing Act.

b. Related Proceedings.

Plaintiffs are pursuing an action for unjust enrichment and unfair business practices against the merchant in this case, Ritchie Bros. Auctioneers (America) Inc. in the Superior Court of the State of California, County of Alameda. This lawsuit is known as Case No. RG09484163 in the files of that court and arises out of a non-related legal duty to plaintiffs, thus is exempt from mandatory removal or formal joinder of related cases.

3. Legal Issues in Dispute.

Plaintiff's have not yet received the answer of Defendants to this action.

4. Procedural History and Pending Motions.

Plaintiff will exchange initial disclosures as ordered by the Court. No motions are pending.

5. Status of Discovery and Initial Disclosure.

The parties have not yet exchanged initial disclosures or begun discovery.

6. Discovery Plan.

Plaintiff has the right to further clarification regarding the actions taken with regard to Plaintiffs' credit and account status, the policy of Defendants with regard to investigating disputed claims, and actions taken in response to this disputed charge.

7. Motion Practice and Addition or Deletion of Parties.

No motions or addition or deletion of parties are currently planned.

8. Relief Sought and Calculation of Damages.

Plaintiffs seek $60,000 in general damages including but not limited to compensation for the disputed charge and damage to Plaintiffs credit, exemplary and punitive damages, interest, injunctive relief requiring Defendants to reverse negative credit reports, and for their legal fees and costs, and any further just and proper relief.

9. ADR Efforts to Date.

Plaintiffs reserve their request for ADR until completion of discovery is had.

10. Consent to Trial Before a Magistrate Judge.

Plaintiffs consent to a trial before a magistrate judge.

11. Proposed Cutoff Dates and Deadlines.

Plaintiff requests continuance of setting deadlines until Defendants have appeared in the cae.

12. Service List.

Megan Dailey

Law Office of Megan Dailey

1300 Clay Street

Oakland, CA 94612

Phone: 510-622-7744 Fax: 510-622-7745

Email: megan.dailey@sbcglobal.net

    13.    <u>Statement of Financial Interest.</u>

The parties are unaware of any financial or other interest that could warrant the recusal or disqualification of this Judge from this case.

    14.    <u>Request for Continuance.</u>

Due to delay of service on Defendants based on press of business, delay of process server in South Dakota, and breakdown in communication with clients who travel, which has now been rectified, Plaintiffs request continuance of case management conference to further date so that Defendants can be served.

Respectfully submitted,

Dated: /s/

MEGAN DAILEY Attorney for Plaintiffs

<del>[PROPOSED]</del> **CASE MANAGEMENT SCHEDULING ORDER**

Having reviewed the Plaintiffs' case management conference statement, the Court hereby ORDERS as follows:

The case management conference is continued to _____April 8,_____, 2010. All deadlines are adjusted accordingly.

SO ORDERED.

Dated: February 17, 2010

MAGISTRATE JUDGE MARIA-ELENA JAMES

UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Maria-Elena James]*