LAW OFFICE OF MEGAN DAILEY
Megan Dailey (State Bar No. 221574)
1300 Clay Street, Suite #600
Oakland, CA 94612
Telephone: (510) 622-7744
Facsimile: (510) 622-7745
E-Mail: megan.dailey@sbcglobal.net

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
MARCOS D. SASSO (State Bar No. 228905)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
E-Mail: lacalendar@stroock.com

Attorneys for Defendants
  CITIBANK (SOUTH DAKOTA), N.A., erroneously
  sued as SEARS GOLD MASTERCARD, and
  CITICORP CREDIT SERVICES, INC. (USA)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ZEVALLOS, an individual, SULMA YUDI ZEVALLOS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CITIBANK (SOUTH DAKOTA), N.A., CITICORP CREDIT SERVICES, INC. (USA), SEARS GOLD MASTERCARD, <br><br> Defendants. | Case No. C09-05334 CRB <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE DATE <br><br> Case Management Conference Date: <br> May 7, 2010 <br><br> Proposed Date: <br> June 25, 2010 <br><br> Action Filed: November 12, 2009 |

1   WHEREAS, the Initial Case Management Conference currently is scheduled in this matter for May 7, 2010 and a Joint Case Management Conference Statement must be filed by April 30, 2010.

WHEREAS, defendants Citibank (South Dakota), N.A., (erroneously sued as "Sears Gold Mastercard") and Citicorp Credit Services, Inc. (USA) (together, the "Defendants") have filed, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, a Motion to Dismiss (the "Motion") the Complaint filed by plaintiffs Richard Zevallos and Sulma Yudi Zevallos, and the Motion is scheduled to be heard June 11, 2010.

WHEREAS, the parties, through their counsel of record, have been engaged in settlement discussions and agree that a continuance of the Initial Case Management Conference and all corresponding dates, including the date to file the Joint Case Management Conference Statement, as well as the ADR Certification, could facilitate the potential resolution of this matter.

WHEREAS, the parties (through their counsel) also agree that it is in the interest of judicial economy and efficiency to continue the Initial Case Management Conference and the date to file the Joint Case Management Conference Statement until after the Motion is fully briefed and heard (in the event the matter is not otherwise resolved through settlement) to allow the Court time to rule upon the Motion.

WHEREAS, the parties agree that in light of the parties' ongoing settlement discussions and the Defendants' pending Motion, the Initial Case Management Conference is premature and a continuance of the Initial Case Management Conference and the date to file the ADR Certification is appropriate.

WHEREAS, this request to continue the Initial Case Management Conference, the date to file the Joint Case Management Conference Statement and the date to file the ADR Certification is not made for purposes of delay.

1      IT IS HEREBY STIPULATED, and respectfully requested by and between
2  Plaintiffs and Defendants, through their respective counsel of record, and subject to
3  the Court's approval, that the Initial Case Management Conference and the date to
4  file the Joint Case Management Conference Statement be continued from May 7,
5  2010 to June 25, 2010, or other date after the June 11, 2010 hearing on Defendants'
6  Motion convenient for the Court, and that the parties shall file the Joint Initial Case
7  Management Statement, as well as the ADR Certification, not less than seven days
8  prior to the date set by the Court for the continued Initial Case Management
9  Conference.

10
11  Dated:  April 22, 2010              LAW OFFICE OF MEGAN DAILEY
12
13                                    By:   /s/ *Megan Dailey*
14                                           Megan Dailey

                               Attorneys for Plaintiffs
15                                    Richard Zevallos and Sulma Yudi
16                                    Zevallos

17  Dated:  April 22, 2010              STROOCK & STROOCK & LAVAN LLP
                                      JULIA B. STRICKLAND
18                                    MARCOS D. SASSO
19
                                By:   /s/ *Marcos D. Sasso*
20                                           Marcos D. Sasso

21                                 Attorneys for Defendants
22                                    CITIBANK (SOUTH DAKOTA), N.A,
                                  erroneously sued as SEARS GOLD
23                                    MASTERCARD, and CITICORP
                                  CREDIT SERVICES, INC. (USA)

**[~~PROPOSED~~] ORDER**

Having reviewed and considered the parties' stipulation, **IT IS HEREBY ORDERED** that the Initial Case Management Conference shall be continued from May 7, 2010 to June 25, 2010 at 8:30 a.m. in Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Ave., San Francisco, CA 94102, and the parties shall file the Joint Initial Case Management Statement, as well as the ADR Certification, not less than seven days prior to the date of the continued Initial Case Management Conference.

**IT IS SO ORDERED.**

Dated: April 26, 2010



HONORABLE CHARLES R. BREYER
UNITED STATES MAGISTRATE JUDGE